**File Hashes for IP Address 69.243.94.200**

**ISP:** Comcast Cable
**Physical Location:** Laurel, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/24/2013 17:09:35 | 51209AA90644169C9DE5D9B43E025A1F1C2ED9EC | New Romance |
| 12/24/2013 15:59:56 | CC02342113270FB7060BDE947BE60A39B7DB61F7 | Blindfold Me Part #2 |
| 12/24/2013 15:44:38 | 8DB648E73F063BFA9CDEC685A60EA8014633BE50 | Seeing Double |
| 12/24/2013 05:29:05 | 3382EC00142705DB3EF309A4CEB081BDC584B178 | Dreams Do Come True |
| 12/24/2013 05:27:55 | 18AA8AC5A66653D4DD3D0EE7B6DFB9FC4A16CF88 | Awakening |
| 12/24/2013 05:13:18 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 12/22/2013 20:48:51 | 269724BDBC02FD4F3345379C436B2F9CE22271CE | Fantasy Come True |
| 12/22/2013 20:28:21 | CDDEE4024AA2882BF61FC875A18895BF8475F62F | Tease and Please |
| 12/22/2013 18:33:20 | 9FEFF22B7BA424BFB8847B7B41A62450FC059745 | So Right Its Wrong |
| 12/22/2013 18:08:52 | 44F8AA742D98D7A6233FB208855549C53F3C1084 | Good Night Kiss |
| 12/22/2013 15:39:50 | FF6A138ED3DF59CC05CF8466BAA284AF9F4FABBD | High School Dropouts |
| 12/22/2013 15:11:46 | 1B79C483D58D4256E03E678F7CFEE5AE6C236F67 | They Meet Again |
| 12/22/2013 14:48:58 | 2479FD716A18B8169863FF546588C0094C2AE98B | Sneaking In |
| 12/22/2013 14:02:22 | CA45D923FC3293F20EAD3D254F7D5232AABFE6DB | Much Needed Vacation |
| 12/22/2013 06:11:23 | 82DFC7C811DFF2A234DA5EE6401015E66714E381 | Arrest Me |
| 12/22/2013 05:35:51 | CC84159BDEB4D02AABE6A192DDD791D377B41859 | Many Shades of Grey |
| 12/22/2013 05:28:57 | ACAD10F1BA9C083EFB725304C246683B21CA54A4 | Warm and Fuzzy |
| 12/22/2013 05:15:44 | 6F3D907E298D79EF1F1F6C0C530C376E361BB9E4 | Model Couple on Vacation |
| 12/22/2013 05:09:27 | E67C1145C3C20801146E5871467C74A7A54206AA | No Turning Back Part #1 |
| 11/16/2013 15:55:14 | D19B84CF28E5FDC88EA65DBD6DF27507B5BD5392 | Mad Passion |
| 11/16/2013 15:54:54 | 803ED49ECCC8CC4F776E51FCE67F0C3156D6A08A | Burning |
| 11/15/2013 04:07:31 | 86BEBDF3C9089854BF4C8CB3E21AD8F72DB71A56 | Late for Work |
| 11/11/2013 13:19:57 | 1C4861283F3D58BC3B3A68FF55597199291CED62 | Simply Stunning |

EXHIBIT A

MD182

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/11/2013 13:04:13 | D6B829A596A48DF06D0812A8DCD65DDCD91EB5EF | Make Me Feel Beautiful |
| 11/11/2013 13:02:23 | 8DEFB779C0FB0E97B6FD55FA1F7D1FCC1C6F9AC4 | Alone Is A Dream Left Behind |
| 11/11/2013 12:35:55 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 11/11/2013 09:28:51 | BE8A9D2C833E811C5EC6ECFE6DE8E2BD4B314046 | Malibu Moments |
| 10/27/2013 20:15:51 | AAC5932DC97132348B16C88F1BBBD20C89B3FB12 | Truth or Dare |
| 10/27/2013 17:37:31 | DF0ECFCB0610F7494B164C883F0F4F3D2F51AA12 | Getting Down |
| 10/27/2013 01:01:21 | 5C794A7AD45A84615DBA0E9F48DE8192D793D3C2 | Naughty and Nice |
| 10/27/2013 01:00:54 | 3298DD7C911F27344452572613B83DA638A8ACE1 | Casual Sex |
| 10/26/2013 13:48:11 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 10/26/2013 13:33:58 | AE17747810E6B5F659238133D57DC7A310B6FAF3 | Threes Company |
| 10/26/2013 13:22:52 | 116DD274EC1587E250A80F945702C6C6EB1C16B3 | Raw Passion |
| 10/26/2013 13:01:02 | 2834E4C4B376E6F2BAF4DC501C93E0CF4F2AB6F3 | Spilled Milk |
| 10/26/2013 13:00:26 | EF52C15B1476376800FDFE6E928A15EF8F81B375 | Fashion Models |

**Total Statutory Claims Against Defendant: 36**

EXHIBIT A

MD182